1  PETER GOODMAN, ESQ.
   State Bar No. 65975
2  400 Montgomery Street, Second Floor
   San Francisco, California  94104
3  Telephone: (415) 781-8866
   Facsimile: (415) 781-2266
4
   Attorney for Defendant
5  ROBERT SOLORIO

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                        SAN FRANCISCO DIVISION

10

11 | UNITED STATES OF AMERICA,        ) CR-11-0571 WHA
   |                                  )
12 |         Plaintiff,               ) ORDER AFTER HEARING FINDING
   |                                  ) DEFENDANT SOLORIO COMPETENT
13 |     vs.                          ) TO STAND TRIAL PURSUANT TO 18
   |                                  ) U.S.C. §4241(d)
14 | ROBERT SOLORIO, et al.,           )
   |                                  )
15 |         Defendants.              )
   |                                  )
16 | _____  )

17       This matter came on for hearing on March 20, 2012, pursuant to 18 U.S.C.

18  §4241(d) on defendant's Motion to Determine Competency of Defendant Solorio

19  (Docket No. 33).  Having reviewed the Confidential Report of Psychological Evaluation

20  prepared by forensic psychologist Jeremy Coles, Ph.D., dated March 14, 2012, the

21  pleadings of the parties and after considering the arguments of counsel, the Court finds

22  pursuant to 18 U.S.C. §4241(a) that defendant SOLORIO is competent to stand trial in

23  that he understands the nature of the proceedings against him and is able to assist

24  properly in his defense.

25                                                    /s/ William Alsup

26  Dated:  April 5, 2012.
                                              _____
27                                            William Alsup
                                              UNITED STATES DISTRICT JUDGE
28

                                       -1-